PROB 12C
(6/16)

Report Date: November 20, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 20, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Eugene Evenson         Case Number: 0980 2:17CR00099-MKD-1

Address of Offender: ▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 11, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | December 23, 2024 |
| Defense Attorney: | Andrea George | Date Supervision Expires: | December 22, 2027 |

### PETITIONING THE COURT

To issue a warrant.

On December 23, 2024, Mr. Evenson signed his judgment and sentence acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: It is alleged that Mr. Evenson violated the conditions of his supervised release on or about October 19, 2025, by failing to report a change in his living arrangements to his U.S. probation officer.<br><br>On November 19, 2025, at 11:10 a.m., the undersigned sent a text message and attempted to call Mr. Evenson's last known cellular telephone number, though there was no response. At approximately 4:59 p.m., on November 19, 2025, the undersigned attempted to make contact with Mr. Evenson at his last known address. At that time, the undersigned ascertained from various tenants of this clean and sober residence, that Mr. Evenson vacated said residence approximately 1 month prior. In addition, residents were uncertain as to where |

Prob12C
**Re: Evenson, Eric Eugene**
**November 20, 2025**
**Page 2**

he relocated. It should be noted, that one tenant informed the undersigned that it was believed that Mr. Evenson relapsed on controlled substances. Thereafter, the undersigned again attempted to contact Mr. Evenson via his last known cellular telephone number without success. Mr. Evenson's current whereabouts are unknown and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   November 20, 2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*M. K. Dimke*

Signature of Judicial Officer

November 20, 2025
Date