PROB 12C
(6/16)

Report Date: December 2, 2025

# United States District Court

**for the**

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2025

SEAN F. McAVOY, CLERK

ECF No 70

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Eugene Evenson        Case Number: 0980 2:17CR00099-MKD-1

Address of Offender: 

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 11, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Annika C. Tangvald | Date Supervision Commenced: December 23, 2024 |
| Defense Attorney: | Federal Defender Office | Date Supervision Expires: December 22, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/20/2025.

On December 23, 2024, Mr. Evenson signed his judgment and sentence acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition # 7**: You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.<br><br>**Supporting Evidence**: It is alleged that Mr. Evenson violated the conditions of supervised release on or about October 19, 2025, as he failed to report a change in status of his previously reported employment. |

Prob12C

Re: Evenson, Eric Eugene
December 2, 2025
Page 2

On December 1, 2025, Mr. Evenson made his initial appearance and it was at that time the undersigned ascertained that Mr. Evenson was no longer working for his previously reported employer. Mr. Evenson failed to report this change of status to U.S. Probation.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/02/2025

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*m. k. Dimke*

Signature of Judicial Officer

December 2, 2025

Date