PROB 12C
(6/16)

Report Date: December 31, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2026

SEAN F. McAVOY, CLERK

ECF No. 82

| | |
|---|---|
| Name of Offender: Eric Eugene Evenson | Case Number: 0980 2:17CR00099-MKD-1 |
| Address of Offender: ███████████ | Spokane, Washington 99201 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 11, 2018

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2) | | |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Annika C. Tangvald | Date Supervision Commenced: | December 23, 2024 |
| Defense Attorney: | Nathan Poston | Date Supervision Expires: | December 22, 2027 |

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/20/2025, and 12/02/2025.

On December 23, 2024, Mr. Evenson signed his judgment and sentence acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**: It is alleged that Mr. Evenson violated the terms and conditions of his supervised release on or about December 18, 2025, by using methamphetamine and fentanyl.<br><br>On December 19, 2025, Mr. Evenson reported to the U.S. Probation Office as directed. He submitted to a urinalysis test which tested presumptive positive for methamphetamine and fentanyl. Mr. Evenson was adamant he did not knowingly use controlled substances but acknowledged he was associating with individuals who were using illegal substances. He also reported he had sexual relations with a woman who was using illegal controlled substances. The urinalysis specimen was thus sent for confirmation. On December 26, 2025, the urinalysis specimen provided by Mr. Evenson was determined to be confirmed positive for both methamphetamine and fentanyl. |

Prob12C
**Re: Evenson, Eric Eugene**
**December 31, 2025**
**Page 2**

| | | |
|---|---|---|
| 4 | | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Evenson violated the terms and conditions of his supervised release on or about December 27, 2025, by using methamphetamine.

On December 29, 2025, the undersigned spoke with Mr. Evenson via telephone after his aforementioned urinalysis was confirmed positive for methamphetamine and fentanyl. Mr. Evenson again stated he did not knowingly use these controlled substances but was associating with individuals who were using and that he had sexual relations with a woman who was using. However, Mr. Evenson did state that as he is being accused of relapsing, he did knowingly use methamphetamine on December 27, and 28, 2025. Mr. Evenson subsequently reported to the U.S. Probation Office and signed an admission statement admitting he relapsed on methamphetamine on December 27, 2025.

5      **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: It is alleged that Mr. Evenson violated the terms and conditions of his supervised release on or about December 28, 2025, by using methamphetamine.

On December 29, 2025, the undersigned spoke with Mr. Evenson via telephone after his aforementioned urinalysis was confirmed positive for methamphetamine and fentanyl. Mr. Evenson again stated he did not knowingly use these controlled substances but was associating with individuals who were using and that he had sexual relations with a woman who was using. However, Mr. Evenson did state that as he is being accused of relapsing, he did knowingly use methamphetamine on December 27, and 28, 2025. Mr. Evenson subsequently reported to the U.S. Probation Office and signed an admission statement admitting he relapsed on methamphetamine on December 28, 2025.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | December 31, 2025 |
|---|---|
| | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Probation Officer |

Prob12C
Re: Evenson, Eric Eugene
December 31, 2025
Page 3

THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_M. K. Dimke_
Signature of Judicial Officer

January 5, 2026
Date