PROB 12C
(6/16)

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: January 14, 2026

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 15, 2026

SEAN F. McAVOY, CLERK

Name of Offender: Eric Eugene Evenson             Case Number: 0980 2:17CR00099-MKD-1

Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 11, 2018

Original Offense:    Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:   Prison - 120 months              Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney:   Annika C. Tangvald          Date Supervision Commenced December 23, 2024

Defense Attorney:      Nathan Poston               Date Supervision Expires: December 22, 2027

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/20/2025, 12/02/2025, and 01/05/2026.

On December 23, 2024, Mr. Evenson signed his judgment and sentence acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.<br><br>**Supporting Evidence**:  It is alleged that Mr. Evenson violated the terms and conditions of his supervised release on or about January 6, 2025, by using methamphetamine and fentanyl.<br><br>On January 6, 2026, Mr. Evenson reported to the U.S. Probation Office as directed. He submitted to a urinalysis test which tested presumptive positive for methamphetamine and fentanyl. He denied use, thus the sample was sent for confirmation, and was subsequently confirmed for methamphetamine and fentanyl on January 12, 2026. |

Prob12C
**Re: Evenson, Eric Eugene**
**January 14, 2026**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  January 14, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

---

THE COURT ORDERS

[ ]　No Action
[ ]　The Issuance of a Warrant
[ ]　The Issuance of a Summons
[X]　The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]　Defendant to appear before the Judge assigned to the case.
[ ]　Defendant to appear before the Magistrate Judge.
[ ]　Other

M.K. Dimke

Signature of Judicial Officer

January 15, 2026

Date