PROB 12C
(6/16)

Report Date: April 10, 2026

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 10, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Eugene Evenson          Case Number:0980 2:17CR00099-MKD-1

Address of Offender: ████████████████████████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: January 11, 2018

Original Offense:        Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:       Prison - 120 months          Type of Supervision: Supervised Release
                         TSR - 36 months

Asst. U.S. Attorney:     Annika C. Tangvald           Date Supervision Commenced December 23, 2024

Defense Attorney:        Nathan Poston                Date Supervision Expires: December 22, 2027

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/20/2025, 12/02/2025, 01/05/2026, and 01/14/2026.

On December 23, 2024, Mr. Evenson signed his judgment and sentence acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 7 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**:  It is alleged that Mr. Evenson violated the terms and conditions of his supervised release on or about March 25, 2026, by using fentanyl.

On March 25, 2026, Mr. Evenson reported to the U.S. Probation Office as directed following his successful discharge from inpatient treatment. He submitted to a urinalysis test which tested presumptive positive for methamphetamine and fentanyl. He denied use, thus the sample was sent for confirmation, and was subsequently confirmed positive for fentanyl, and negative for methamphetamine on April 4, 2026.

Prob12C

**Re: Evenson, Eric Eugene**
**April 10, 2026**
**Page 2**

On April 9, 2026, Mr. Evenson reported to the U.S. Probation Office as directed to address the confirmed positive urinalysis results. Mr. Evenson was given an opportunity to provide an admission to his substance use; however, he continued to adamantly deny fentanyl use prior to submitting a sample on March 25, 2026. Mr. Evenson signed a denial form during this office visit, denying any use of a controlled substance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 10, 2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

## THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

m. k. Dimke

Signature of Judicial Officer

4/10/2026

Date