PROB 12C
(6/16)

Report Date:  April 28, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 28, 2026

SEAN F. McAVOY, CLERK

ECF No 115

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Eric Eugene Evenson          Case Number: 0980 2:17CR00099-MKD-1

Address of Offender: ███████████████████████, Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U. S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U. S. District Judge

Date of Original Sentence: January 11, 2018

Original Offense:      Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence:     Prison - 120 months          Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Annika C. Tangvald          Date Supervision Commenced: December 23, 2024

Defense Attorney:      Nathan Poston               Date Supervision Expires: December 22, 2027

## PETITIONING THE COURT

To issue a **warrant** and incorporate the violation(s) contained in this petition in future proceedings with the violations(s) previously reported to the Court on 11/20/2025, 12/02/2025, 01/05/2026, 01/14/2026, and 04/10/2026.

On December 23, 2024, Mr. Evenson signed his judgement and sentence acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 8 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance.  You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |

**Supporting Evidence**: It is alleged that Mr. Evenson violated the terms of his supervised release on April 22, 2026, by using methamphetamine and fentanyl.

On April 22, 2026, Mr. Evenson reported to the U.S. Probation Office following his initial appearance and revocation status hearing. During this office visit, Mr. Evenson submitted to a urinalysis which tested presumptive positive for methamphetamine and fentanyl. Mr. Evenson was given an opportunity to provide an admission to his substance use; however, he continued to adamantly deny any methamphetamine or fentanyl use. Mr. Evenson signed a denial form, and the sample was sent to the laboratory for confirmation. On April 28, 2026, the sample was confirmed positive for fentanyl and methamphetamine.

Prob12C

**Re: Evenson, Eric Eugene**
**April 28, 2026**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     04/28/2026

s/Derrick Findley

Derrick Findley
U.S. Probation Officer

**THE COURT ORDERS**

[  ]     No Action
[X]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[X]     The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X]     Defendant to appear before the Magistrate Judge.
[  ]     Other

M. K. Dimke

Signature of Judicial Officer

April 28, 2026

Date